UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOSEPH MITCHELL TROSCLAIR**<br>LA. DOC #349238 | **CIVIL ACTION NO. 16-372**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN CALENDAR** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be **DISMISSED** for failure to state a claim for which habeas corpus relief can be granted.

**MONROE, LOUISIANA,** this 20th day of June, 2016.

*[signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE